# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| United States of America | ) |
| v. | ) |
| **STANLEY SCOTT PORTER** | ) |
| | ) Case No.  **1:13CR47-1** |

*Defendant's name and address*

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    **X Information**    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of Court

| Place: | L. Richardson Preyer Federal Building & Courthouse<br>324 West Market Street<br>Greensboro, NC 27401 | Courtroom No.: 1 |
| --- | --- | --- |
| | | Date and Time: 2/22/2013 @ 9:30am |

This offense is briefly described as follows:

Fraudulent use of a visa in violation of 18:1546(a); Money Laundering in violation of 18:1957

**The defendant should report to the Pretrial Services Office at 8:30 a.m., one hour prior to the change of plea hearing**.

Date: 2/20/2013

/s/ Joy Daniel, Deputy Clerk
*Issuing officer's signature*

John S. Brubaker, Clerk
*Printed name and title*

### Proof of Service

This summons was received by me on *(date)* _____.

❏ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

❏ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

❒ The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____   _____
*Server's signature*

_____
*Printed name and title*

Remarks: