# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina



| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:13CR47-1 |
| | ) | |
| STANLEY SCOTT PORTER | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/22/13

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Paul R Freedman
*Printed name of defendant's attorney*

William L. Osteen, Jr.
*Judge's signature*

William L. Osteen Jr. U.S. Dist. Judge
*Judge's printed name and title*