IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:13CR47-1 |
| | : | |
| STANLEY SCOTT PORTER | : | |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on February 15, 2013, Plaintiff filed a Bill of Information against Defendant STANLEY SCOTT PORTER, charging him in Count One with a violation of Title 18, United States Code, Section 1546(a), visa fraud; and in Count Two with a violation of Title 18, United States Code, Section 1957, money laundering.

AND WHEREAS, the Bill of Information included forfeiture allegations, pursuant to Title 18, United States Code, Section 982(a)(6);

AND WHEREAS, Defendant pled guilty to Counts One and Two of the Bill of Information on February 22, 2013, and consented to forfeiture of certain listed property;

AND WHEREAS, the court finds that Defendant's interest in and to the property described in the forfeiture allegation in the Bill of Information and in the Plea Agreement is subject to forfeiture, and that the requisite nexus exists between the

property to be forfeited and the offenses of which Defendant has pled guilty.

Accordingly, **IT IS HEREBY ORDERED:**

1. As a result of the guilty plea to Counts One and Two of the Bill of Information, for which the Government sought forfeiture pursuant to Title 18, United States Code, Section 982(a)(6), and based on the Plea Agreement, Factual Basis, and other matters of record in this case, Defendant shall forfeit to the United States all right, title and interest in and to Three Hundred Thousand and 00/100 Dollars ($300,000.00) in U.S. currency.

2. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

3. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

4. The United States shall publish notice of the Order and its intent to dispose of the property in such a manner as the United States Attorney General (or a designee) may direct.

The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the subject property.

5. **Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.**

6. The court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6. The Clerk of the Court shall forward two (2) certified copies of this Order to Assistant U.S. Attorney Lynne P. Klauer, U.S. Attorney's Office, Middle District of North Carolina.

This the 16th day of April, 2013.

                                        _____
                                        United States District Judge