IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,    :
                             :    1:13CR47-1
        v.                   :
                             :
STANLEY SCOTT PORTER         :

## DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning April 20, 2013 and ending on May 19, 2013. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2013 at Greensboro, NC.

          Respectfully submitted,

          RIPLEY RAND
          United States Attorney

          /s/ Frank J. Chut, Jr.
          Frank J. Chut, Jr.
          Assistant United States Attorney
          NCSB #17696
          P.O. Box 1858
          Greensboro, NC  27402
          336/333-5351
          Email: frank.chut@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# COURT CASE NUMBER: 1:13CR47-1; NOTICE OF FORFEITURE

Notice is hereby given that on April 16, 2013, in the case of <u>U.S. v. Stanley Scott Porter</u>, Court Case Number 1:13CR47-1, the United States District Court for the Middle District of North Carolina entered an Order condemning and forfeiting the following property to the United States of America:

U.S. Currency in the amount of $300,000.00 converted to Robert T Speed Attorney At Law IOLTA Account Check Number 3044 Acct# 053100300 (13-DSS-000012) which was seized from Robert T. Speed on February 22, 2013 at 324 West Market St, located in Greensboro, NC

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (April 20, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, P.O. Box 2708, Greensboro, NC 27402, and a copy served upon Assistant United States Attorney Lynne P. Klauer, U.S. Attorney's Office, 101 S. Edgeworth Street, 4th Floor, Greensboro, NC 27401. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 20, 2013 and May 19, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Stanley Scott Porter

**Court Case No:** 1:13CR47-1
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/20/2013 | 23.9 | Verified |
| 2 | 04/21/2013 | 24.0 | Verified |
| 3 | 04/22/2013 | 24.0 | Verified |
| 4 | 04/23/2013 | 24.0 | Verified |
| 5 | 04/24/2013 | 24.0 | Verified |
| 6 | 04/25/2013 | 24.0 | Verified |
| 7 | 04/26/2013 | 24.0 | Verified |
| 8 | 04/27/2013 | 24.0 | Verified |
| 9 | 04/28/2013 | 24.0 | Verified |
| 10 | 04/29/2013 | 23.9 | Verified |
| 11 | 04/30/2013 | 24.0 | Verified |
| 12 | 05/01/2013 | 23.9 | Verified |
| 13 | 05/02/2013 | 24.0 | Verified |
| 14 | 05/03/2013 | 24.0 | Verified |
| 15 | 05/04/2013 | 24.0 | Verified |
| 16 | 05/05/2013 | 23.9 | Verified |
| 17 | 05/06/2013 | 24.0 | Verified |
| 18 | 05/07/2013 | 24.0 | Verified |
| 19 | 05/08/2013 | 24.0 | Verified |
| 20 | 05/09/2013 | 24.0 | Verified |
| 21 | 05/10/2013 | 24.0 | Verified |
| 22 | 05/11/2013 | 24.0 | Verified |
| 23 | 05/12/2013 | 24.0 | Verified |
| 24 | 05/13/2013 | 24.0 | Verified |
| 25 | 05/14/2013 | 23.5 | Verified |
| 26 | 05/15/2013 | 24.0 | Verified |
| 27 | 05/16/2013 | 24.0 | Verified |
| 28 | 05/17/2013 | 24.0 | Verified |
| 29 | 05/18/2013 | 24.0 | Verified |
| 30 | 05/19/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.