IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA          :
                                  :
        v.                        :      1:13CR47-1
                                  :
STANLEY SCOTT PORTER              :

## **FINAL ORDER OF FORFEITURE**

WHEREAS, on April 16, 2013, this court entered a Preliminary Order of Forfeiture, ordering Defendant to forfeit all right, title and interest in and to Three Hundred Thousand and 00/100 Dollars ($300,000.00) in U.S. Currency to the United States; and

WHEREAS, the United States caused to be published on an official government internet forfeiture site, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(6).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all right, title and interest in and to Three Hundred Thousand and 00/100 Dollars ($300,000.00) in U.S. Currency is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 982(a)(6); and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward two (2) certified copies of this Order to the United States Attorney's Office, Middle District of North Carolina, Attention: Assistant U.S. Attorney Lynne P. Klauer.

This the 3rd day of July, 2013.

_____
United States District Judge