UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 1:13-CR-47 |
| | ) | |
| STANLEY SCOTT PORTER | ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

NOW COMES the defendant, through counsel, and hereby moves that the Sentencing Hearing in this matter, which is scheduled for Thursday, September 5, 2013, at 9:30 a.m. in Greensboro, North Carolina, before the Honorable Chief Judge William L. Osteen, Jr., be continued. In support of said Motion, the defendant states the following:

I.

That counsel for the defendant, David B. Freedman, will be observing Rosh Hashanah on September 5, 2013, and will be attending religious services at his Temple.

II.

That counsel for defendant has discussed this Motion with Assistant U.S. Attorney Frank Chut, Jr. and he has no objection to a continuance in this matter.

THEREFORE, the defendant requests that the Sentencing Hearing in this matter be continued from the September 5, 2013 calendar.

This the 19th day of August, 2013.
CRUMPLER FREEDMAN PARKER & WITT


By:/s David B. Freedman
    David B. Freedman
    301 N. Main Street, Suite 700
    Winston-Salem, NC 27101
    Tel. (/336) 725-1304
    NC State Bar No. 10334
    david@cfpwlaw.com

WYATT AND BLAKE, LLP


By:/s/ James F. Wyatt, III
    James F. Wytt, III
    435 E. Morehead Street
    Charlotte, NC 28202-2609
    Tel. (704) 331-0767
    jwyatt@wyattlaw.net

By:: /s/ Robert A. Blake, Jr.
    Robert A. Blake, Jr.
    435 E. Morehead Street
    Charlotte, NC 28202-2609
    Tel. (704) 331-0767
    Rblake@wyattlaw.net

Attorneys for the Defendant

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 1:13-CR-47 |
| | ) | |
| STANLEY SCOTT PORTER | ) | |

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for the defendant and is a person of such age and discretion as to be competent to serve process.

That on the 19th day of August, 2013, he electronically filed the foregoing **MOTION TO CONTINUE SENTENCING HEARING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

ADDRESSEE:  Mr. Frank Chut, Jr.
Assistant United States Attorney
frank.chut@usdoj.gov

CRUMPLER FREEDMAN PARKER & WITT
Attorneys for the Defendant

By:/s/ David B. Freedman
David B. Freedman
301 North Main Street, Suite 700
Winston-Salem, NC 27101
(336) 725-1304
State Bar No. 10334
david@cfpwlaw.com