IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:13CR47-1 |
| | ) | |
| STANLEY SCOTT PORTER | ) | |

### ORDER

This matter comes before the court on Defendant's Motion to Continue Sentencing Hearing (Doc. 30), and for good cause shown and with the Government's consent,

**IT IS ORDERED** that Defendant's motion (Doc. 30) is **GRANTED** and that the sentencing hearing scheduled for September 5, 2013, is hereby continued to September 18, 2013, at 9:30 a.m.

This the 23rd day of August, 2013.

_____
United States District Judge