IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:13CR47-1 |
| ) | |
| STANLEY SCOTT PORTER, ) | |
| ) | |
| Defendant. ) | |

SATISFACTION OF FINE

The fine in the above-entitled case ordered on September 24, 2013 in the amount of $100,000.00, having been paid, the Clerk of the United States District Court for the Middle District of North Carolina is hereby authorized and empowered to satisfy and cancel said fine imposed by the judgment of record.

This the 15th day of January, 2014.

Respectfully submitted,

RIPLEY RAND
United States Attorney

/s/ Joan B. Binkley
Assistant United States Attorney
NCSB# 18100
Attorney for Plaintiff
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Telephone: (336) 333-5351
E-mail: joan.binkley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:13CR47-1 |
| | ) | |
| STANLEY SCOTT PORTER, | ) | |
| | ) | |
| Defendant. | ) | CERTIFICATE OF SERVICE |

I hereby certify that on January 15, 2014, the foregoing Satisfaction of Fine was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that the document was mailed to the following non-CM/ECF participant:

Stanley Scott Porter
[Redacted pursuant to FRCrP 49.1(a)]
Boone, NC

    Respectfully submitted,

    RIPLEY RAND
    United States Attorney

    /s/ Joan B. Binkley
    Assistant United States Attorney
    NCSB# 18100
    Attorney for Plaintiff
    United States Attorney's Office
    101 S. Edgeworth St., 4th Floor
    Greensboro, NC 27401
    Telephone: (336) 333-5351
    E-mail: joan.binkley@usdoj.gov