UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 1:13-CR-47 |
| | ) | |
| STANLEY SCOTT PORTER | ) | |

**MOTION TO CONTINUE STATUS CONFERENCE HEARING**

NOW COMES the defendant, through counsel, and hereby moves that the Status Conference Hearing in this matter, which is scheduled for Friday, August 15, 2014, at 2:00 p.m. in Greensboro, North Carolina, before the Honorable Chief Judge William L. Osteen, Jr., be continued. In support of said Motion, the defendant states the following:

I.

That counsel for the defendant, David B. Freedman's son is scheduled to start his College Education at UNC-Asheville, and is to be in Asheville on Friday, August 15, 2014. That counsel for the defendant needs to accompany his son to Asheville to help him move in to his dorm for his first year of College. That the hours to move new students into the dorm are 9:00 a.m. to 1:00 p.m. on Friday, August 15, 2014.

II.

That counsel for defendant has discussed this Motion with Assistant U.S. Attorney Frank Chut, Jr. and he has no objection to a continuance in this matter.

THEREFORE, the defendant requests that the Status Conference Hearing in this matter be continued from Friday, August 15, 2014, at 2:00 p.m. to the following week or whenever the Court

can reschedule this matter.

This the 7th day of August, 2014.
                    CRUMPLER FREEDMAN PARKER & WITT

By: /s David B. Freedman
    David B. Freedman
    301 N. Main Street, Suite 700
    Winston-Salem, NC 27101
    Tel. (/336) 725-1304
    NC State Bar No. 10334
    david@cfpwlaw.com

WYATT AND BLAKE, LLP

By: /s/ James F. Wyatt, III
    James F. Wytt, III
    435 E. Morehead Street
    Charlotte, NC 28202-2609
    Tel. (704) 331-0767
    jwyatt@wyattlaw.net

By:: /s/ Robert A. Blake, Jr.
    Robert A. Blake, Jr.
    435 E. Morehead Street
    Charlotte, NC 28202-2609
    Tel. (704) 331-0767
    Rblake@wyattlaw.net

Attorneys for the Defendant

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 1:13-CR-47 |
| | ) | |
| STANLEY SCOTT PORTER | ) | |

    The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for the defendant and is a person of such age and discretion as to be competent to serve process.

    That on the 7th day of August, 2014, he electronically filed the foregoing **MOTION TO CONTINUE STATUS CONFERENCE HEARING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

ADDRESSEE:    Mr. Frank Chut, Jr.
                    Assistant United States Attorney
                    frank.chut@usdoj.gov

                                    CRUMPLER FREEDMAN PARKER & WITT
                                    Attorneys for the Defendant

                                    By:/s/ David B. Freedman
                                    David B. Freedman
                                    301 North Main Street, Suite 700
                                    Winston-Salem, NC  27101
                                    (336) 725-1304
                                    State Bar No. 10334
                                    david@cfpwlaw.com