UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 1:13-CR-47 |
| | ) | |
| STANLEY SCOTT PORTER | ) | |

**MOTION TO CONTINUE STATUS CONFERENCE HEARING**
**AND DEFENDANT'S REPORTING DATE**

NOW COMES the defendant, through counsel, and hereby moves that the Status Conference Hearing in this matter, which is scheduled for Wednesday, November 12, 2014 at 12:30 p.m., in Greensboro, North Carolina, before the Honorable Chief Judge William L. Osteen, Jr., be continued, and that the Court postpone defendant's reporting date of November 19, 2014, at Noon, until a Status Conference can be held. In support of said Motion, the defendant states the following:

I.

That counsel for the defendant, David B. Freedman is currently in a jury trial in Madison County, North Carolina, entitled State of North Carolina v. Jackie Brook Lunsford, 13CRS000019, which started on Monday, November 3, 2014 and which is anticipated to last at least through November 14, 2014.

II.

That counsel for defendant has discussed this Motion with Assistant U.S. Attorney Frank Chut, Jr. and he has no objection to a continuance in this matter.

THEREFORE, the defendant requests that the Status Conference Hearing in this matter be

continued from Wednesday, November 12, 2014 , at 12:30 p.m., and due to the continuance of this Status Conference Hearing that the defendant's reporting date of November 19th at Noon, also be postponed until the Status Conference is held.

    This the 7th day of November, 2014.

                                  CRUMPLER FREEDMAN PARKER & WITT
                                  Attorneys for the Defendant

                                By:/s David B. Freedman
                                    David B. Freedman
                                    301 N. Main Street, Suite 700
                                    Winston-Salem, NC 27101
                                    Tel. (/336) 725-1304
                                    NC State Bar No. 10334
                                    david@cfpwlaw.com

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 1:13-CR-47 |
| | ) | |
| STANLEY SCOTT PORTER | ) | |

The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for the defendant and is a person of such age and discretion as to be competent to serve process.

That on the 7th day of November, 2014, he electronically filed the foregoing **MOTION TO CONTINUE STATUS CONFERENCE HEARING AND DEFENDANT'S REPORTING DATE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

ADDRESSEE: Mr. Frank Chut, Jr.
Assistant United States Attorney
frank.chut@usdoj.gov

CRUMPLER FREEDMAN PARKER & WITT
Attorneys for the Defendant

By:/s/ David B. Freedman
David B. Freedman
301 North Main Street, Suite 700
Winston-Salem, NC 27101
(336) 725-1304
State Bar No. 10334
david@cfpwlaw.com